UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>ROBERT DAIGLE,       )<br>         Defendant.   ) | Criminal No:   22-cr-10035-NMG |

**GOVERNMENT'S MOTION *IN LIMINE* FOR SEQUESTRATION AND REQUEST FOR CASE AGENT TO SIT AT COUNSEL TABLE DURING TRIAL**

Now comes the United States, through undersigned counsel, and respectfully moves *in limine* pursuant to Federal Rule of Evidence 615 for sequestration at trial of any potential witnesses. Further, per Fed. R. Evid. 615(2), the government requests that the case agent assigned to this case, Federal Bureau of Investigations ("FBI") Special Agent Brian O'Sullivan, who may be called as a witness at trial, be exempt from the sequestration order and be allowed to sit at counsel table throughout the trial. See Fed. R. Evid. 615 Advisory Committee Note citing Senate Report No. 93-1277 at 26 (1974). It is proper for case agents to both assist the federal prosecutor(s) throughout the trial and testify. *See United States v. Machor, 879 F.2d 945, 953 (1st Cir. 1989); United States v. Gonzalez*, 918 F.2d 1129, 1138 (3rd Cir. 1990); *United States v. Crabtree*, 979 F.2d 1261, 1270 (7th Cir. 1992).

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   */s/ Suzanne Sullivan Jacobus*
      Suzanne Sullivan Jacobus
      Assistant United States Attorney

1

## **CERTIFICATE OF SERVICE**

      I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Suzanne Sullivan Jacobus*
Assistant U.S. Attorney

Dated: April 15, 2024